IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON,
ADC #164517                                                                                           PLAINTIFF

V.                                    CASE NO. 5:16-CV-00360 KGB/BD

KENNETH STARKS, et al.                                                                    DEFENDANTS

RECOMMENDED DISPOSITION

I.   **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II.  **Discussion**

Christopher Blair Deshaun Robinson, an Arkansas Department of Correction ("ADC") inmate, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) In his complaint, Mr. Robinson alleges that ADC officers violated the Health Insurance Portability and Accountability Act ("HIPAA") by sharing his medical

information with other inmates. As a result, he alleges, he tried to commit suicide. Mr. Robinson also alleges that ADC officials violated his rights by allowing him to remain in his cell for twenty minutes after he had attempted suicide.

Because Mr. Robinson's complaint was missing critical information, the Court instructed him to file an amended complaint. Specifically, the Court instructed Mr. Robinson to identify the ADC officials who failed to provide timely medical attention and to state what injury he suffered as a result of delay in receiving medical care.

The Court ordered Mr. Robinson to file an amended complaint within thirty days of January 27, 2017, and specifically warned him that his failure to add critical information to his complaint could result in the dismissal of his claims. (#14)

As of this date, Mr. Robinson has failed to respond to the Court's January 27 Order. The deadline for complying has expired.

### III. Conclusion

The Court recommends that Mr. Robinson's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's January 27, 2017 Order.

DATED this 3rd day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE