IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER BLAIR DESHAUN ROBINSON**
**ADC #164517**                                                                              **PLAINTIFF**

v.                           Case No. 5:16-cv-00360-KGB/BD

**KENNETH STARKS,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Christopher Blair Deshaun Robinson's claims against defendants Kenneth Starks, J. James, J.D. Rana, the Arkansas Department of Corrections, and unknown defendants employed at the Cummins Unit are dismissed without prejudice (Dkt. No. 2).

So adjudged this the 31st day of January, 2018.

                                                                  _____
                                                                  Kristine G. Baker
                                                                  United States District Judge